UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 137 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | : <br><br> : <br><br> Case No. 15 Civ. 5999 (PGG) |
| Plaintiff, | : |
| v. | : ECF Case |
| AMERICAN EXPRESS COMPANY, KENNETH I. CHENAULT AND JEFFREY C. CAMPBELL, | : <br><br> : |
| Defendants. | : |

**DEFENDANT AMERICAN EXPRESS COMPANY'S**
**AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant American Express Company, by and through its counsel, states that it is a publicly held company that has no parent corporation. The only shareholder owning 10% or more of American Express Company's common stock is Berkshire Hathaway, Inc.

Dated:  December 16, 2015          Respectfully submitted,

/s/ Stephen L. Ascher

Stephen L. Ascher
Richard F. Ziegler
Laura P. MacDonald
Irene M. Ten Cate
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908
Phone: 212-891-1645
Fax 212-891-1699
Email: sascher@jenner.com

*Attorneys for Defendants American Express Company, Kenneth I. Chenault and Jeffrey C. Campbell*

# CERTIFICATE OF SERVICE

I, Irene M. Ten Cate, hereby affirm that on this 16th day of December 2016, I caused Defendant American Express Company's Rule 7.1 Corporate Disclosure Statement to be served on all counsel of record by ECF.

Dated: December 16, 2015

/s/ Irene M. Ten Cate
Irene M. Ten Cate