UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 22, 2017
```

PLUMBERS AND STEAMFITTERS
LOCAL 137 PENSION FUND, Individually
and on Behalf of All Others Similarly
Situated,

                Plaintiffs,

- against -

AMERICAN EXPRESS COMPANY,
KENNETH I. CHENAULT and JEFFREY
C. CAMPBELL,

                Defendants.

**ORDER**

15 Civ. 5999 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In a September 30, 2017 memorandum opinion and order (Dkt. No. 54), this Court granted Defendants' motion to dismiss the Amended Complaint, with leave to amend. Plaintiffs have informed the Court that they will not file a second amended complaint, and they request that this Court enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. (Dkt. No. 58) Accordingly, the Clerk of Court is respectfully directed to enter judgment for Defendants and to close this case.

Dated: New York, New York
       November 22, 2017

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge