**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PLUMBERS AND STEAMFITTERS LOCAL
137 PENSION FUND, Individually and on
Behalf of All Others Similarly Situated,

                                  Plaintiffs,                  15 **CIVIL** 5999 (PGG)

                    -against-                           **JUDGMENT**

AMERICAN EXPRESS COMPANY,
KENNETH CHENAULT and JEFFREY C.
CAMPBELL ,
                                Defendants.
-----------------------------------------------------------X

        Whereas in a September 30, 2017 Memorandum Opinion and Order, this Court having granted Defendants' motion to dismiss the Amended Complaint, with leave to amend; Plaintiffs having informed the Court that they will not file a second amended complaint, and they request that this Court enter final judgment pursuant to Rule 58 of the Fed. R. Civ. P., and the matter having come before the Honorable Paul G, Gardephe, United States District Judge, and the Court, on November 22, 2017, having rendered its Order directing the Clerk of Court to enter judgment for Defendants and to close this case, it is,

        **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated November 22, 2017, Defendants' motion to dismiss the Amended Complaint is granted; accordingly, judgment is entered for Defendants and this case is closed.

**Dated:**  New York, New York
           November 28, 2017

                                           **RUBY J. KRAJICK**
                                            **CLERK OF COURT**
                                       By:  _____
                                                **DEPUTY CLERK**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON __11/28/2017__